UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: DARYL WAYNE JOHNSON             Case No. 08-31367
      MARIANNE MOORE JOHNSON             Chapter 7
      Debtors

## TRANSMITTAL OF UNCLAIMED FUNDS

JOHN C. CONINE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| American General Financial Services of La., Inc.<br>c/o J. Randolph Smith<br>1107 Hudson Lane, Ste. A<br>Monroe, LA 71201 | Claim # 8 | $ 6,813.52 |
| American General Financial Services of La., Inc.<br>c/o J. Randolph Smith<br>1107 Hudson Lane, Ste. A<br>Monroe, LA 71201 | Claim # 8 - Interest | $ 988.36 |

2. Your Trustee's check for $7,801.88, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, November 1, 2018.

                                                __S/ John Clifton Conine_____
                                                JOHN C. CONINE, TRUSTEE
                                                1150 Miller Farm Road
                                                Natchitoches, LA  71457-5322
                                                Ph. (318) 354-8413
                                                Fax. 1-866-887-7413
                                                Email:  coninejc@gmail.com